IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JENNIFER L. BRYANT,

   Plaintiff,

    v.

SUNTRUST MORTGAGE, INC., et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-2890-TWT

ORDER

This is a foreclosure action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending dismissing the action for failing to effectuate service. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 24 day of April, 2012.

                          /s/Thomas W. Thrash
                          THOMAS W. THRASH, JR.
                          United States District Judge